UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WM AVIATION, LLC and TRICOR
INTERNATIONAL CORPORATION,

Plaintiffs,

v.                                                      Case No:  6:11-cv-2005-Orl-18GJK

CESSNA AIRCRAFT COMPANY,

Defendant.

---

REPORT AND RECOMMENDATION

This cause came on for consideration, without oral argument, on the following motion:

| MOTION: | PLAINTIFFS' MOTION FOR LEAVE TO DISCLOSE REBUTTAL EXPERT (Doc. No. 63) |
|---|---|
| FILED: | March 15, 2013 |
| THEREON it is RECOMMENDED that the motion be DENIED. | |

I. BACKGROUND

On May 10, 2012, Plaintiffs filed a six count Amended Complaint against Defendant. Doc. No. 26. Plaintiffs allege that they entered into a purchase agreement for a new 2004 Cessna Citation X jet (hereafter "Aircraft"), bearing serial number 750-230. Doc. No. 26 at 2 ¶ 8. Plaintiffs allege that at the time they signed the purchase agreement it was foreseeable that they would incur "hangar rental costs, financing charges, insurance premiums on an unusable aircraft, loss in value, and the costs of chartering replacement aircraft" if the Aircraft was damaged, but not completely destroyed, as a result of flaws in Cessna's manufacture or maintenance. Doc. No. 26 at 2 ¶ 9.