UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6-11-CV-02005-GKS-GJK

WM AVIATION, LLC and TRICOR
INTERNATIONAL CORPORATION,
Individually and as Assignees of UNITED
STATES AVIATION UNDERWRITERS,
UNITED STATES AVIATION INSURANCE
GROUP, LIBERTY MUTUAL INSURANCE
COMPANY AND ACE AMERICAN
INSURANCE COMPANY,

    Plaintiffs,

vs.

CESSNA AIRCRAFT COMPANY,

    Defendant.
_____/

*Reserved until trial 18 Aug '13* [handwritten notation]

## DEFENDANT CESSNA AIRCRAFT CO.'S MOTION IN LIMINE TO EXCLUDE SPECULATIVE DAMAGES CLAIMS

Pursuant to Rule 16(c)(2), Fed. R. Civ. P. and the Case Management Order, Defendant Cessna Aircraft Co. ("Cessna") files this Motion in Limine to Exclude Speculative Damages Claims and in support thereof states:

### Introduction

This matter arises from an accident occurring on April 3, 2008 wherein a Citation X (the "Aircraft") owned by WM Aviation, LLC ("WM") ran off the runway during a landing that resulted in damage to the Aircraft.

On March 7, 2013, Marc Hagle, Plaintiffs' designated person with most knowledge regarding the underlying claims and damages, was deposed in his capacity as the owner, principal and CEO of WM and Tricor International Corp. Pursuant to Mr. Hagle's testimony,

936651.1