UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:11-cv-02005-GKS-GJK

WM AVIATION, LLC and TRICOR
INTERNATIONAL CORPORATION,
Individually and as Assignees of UNITED
STATES AVIATION UNDERWRITERS,
UNITED STATES AVIATION INSURANCE
GROUP, LIBERTY MUTUAL INSURANCE
COMPANY, AND ACE AMERICAN
INSURANCE COMPANY,

*Plaintiffs*,

v.

CESSNA AIRCRAFT COMPANY,

*Defendant.*
_____/

## PLAINTIFFS' OMNIBUS MOTIONS IN LIMINE

WM Aviation, LLC and Tricor International Corporation (collectively "WM Aviation"), pursuant to the Case Management and Scheduling Order, hereby files the following seven motions in limine.

### I.   BACKGROUND

This matter arises from an accident occurring on April 3, 2008 wherein a 2004 Citation X (the "Aircraft") owned by Plaintiffs ran off the runway during a landing that resulted in extensive damage to the Aircraft.

On February 2, 2008, Plaintiffs brought the Aircraft to Defendant Cessna's Orlando Citation Service Center, advising that the Aircraft had a hydraulic leak at the left engine pylon. Cessna's mechanics inspected the Aircraft and found that a hydraulic reservoir was seeping at